UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVIS COWARD,

       Plaintiff,

                                     Case No. 1:25-cv-1585

v.

                                     HON. JANE M. BECKERING

DOUGLAS HALL,

       Defendant.

_____/

## ORDER

Pending before the Court in this referred case is a March 6, 2026 Report and Recommendation from the Magistrate Judge (ECF No. 10), recommending that this Court dismiss Plaintiff's Complaint without prejudice for failure to effect service. Also pending is Plaintiff's "Motion Requesting Extension of Time; for the Purposes Service through the Use of the US Marsals [sic]" (ECF No. 11), a motion that was signed on February 12, 2026; processed on February 13, 2026; and not filed in this Court until March 10, 2026. Federal Rule of Civil Procedure 72(b) states that "in reviewing a magistrate judge's recommendation, the district judge may . . . receive further evidence, or return the matter to the magistrate judge with instructions." *See Moore v. United States Dep't of Agric.*, No. 17-5363, 2018 WL 1612299, at *2 (6th Cir. Jan. 31, 2018). Having reviewed the case circumstances,

**IT IS HEREBY ORDERED** that this matter is remanded to the Magistrate Judge to consider Plaintiff's pending motion and its effect on the Magistrate Judge's prior recommendation, if any.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 10) is

DISMISSED as moot.


Dated:  March 16, 2026

/s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge